■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MOTEN, Appellant. [792 NYS2d 875]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 11, 1996 (*People v Moten*, 225 AD2d 635 [1996]), affirming a judgment of the Supreme Court, Queens County, rendered June 14, 1993, as amended June 17, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, S. Miller and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENICE OSIER, Appellant. [795 NYS2d 59]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered December 15, 2003, convicting him of aggravated unlicensed operation of a motor vehicle in the first degree (two counts) and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court properly admitted evidence of the defendant's prior convictions of aggravated unlicensed operation of a motor vehicle to show the defendant's knowledge that his license was suspended (*see People v Alvino*, 71 NY2d 233, 242 [1987]; *People v Molineux*, 168 NY 264 [1901]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions either are unpreserved for appellate review (*see* CPL 470.05 [2]) or without merit. Cozier, J.P., S. Miller, Mastro and Skelos, JJ., concur.